# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELAY IP, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ACTIVETICK LLC, <br><br>    Defendant. | C.A. No. _____ <br><br> **JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Relay IP, Inc. ("Plaintiff") alleges the following for its complaint against Defendant ActiveTick LLC ("Defendant").

## THE PARTIES

1. Plaintiff is a corporation formed under the laws of the state of Delaware having its principal place of business at 2331 Mill Road, Suite 100, Alexandria, VA 22314.

2. Defendant is a limited liability company organized under the laws of the state of Delaware with a principal office at One Commerce Center, 1201 North Orange Street, Suite 727, Wilmington, Delaware 19801.  Defendant may be served with process via its registered agent, Agents and Corporations, Inc., 1201 Orange Street, Suite 600, One Commerce Center, Wilmington, Delaware 19801.

## JURISDICTION AND VENUE

3. This is a patent infringement action.  The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338.

4. The Court has personal jurisdiction over Defendant, as it is incorporated in this State.

5.      Venue is proper in this District pursuant to 28 U.S.C. §§1391(b)-(c) and §1400(b), because Defendant resides in this District.

## COUNT ONE
## <u>INFRINGEMENT OF U.S. PATENT NO. 5,331,637</u>

6.      On July 19, 1994, U.S. Patent No. 5,331,637 (the "'637 Patent") entitled "Multicast Routing Using Core Based Trees" was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '637 Patent is attached as Exhibit A hereto.

7.      Plaintiff is the sole and exclusive owner of all right, title, and interest in the '637 Patent and holds the exclusive right to take all actions, including the filing of this patent infringement lawsuit, necessary to enforce its rights to the '637 Patent.  Plaintiff also has the right to recover all damages for past, present, and future infringement of the '637 Patent and to seek injunctive relief as appropriate under the law.

8.      Defendant has infringed and continues to directly infringe one or more claims of the '637 Patent, including at least Claim 1, by using the method claimed in distributing data and/or data feeds via distribution network(s), which practice multicast routing methods including but not limited to Protocol Independent Multicast-Sparse Mode standard ("PIM-SM").[1]  Upon information and belief, at least Defendant's ActiveTick Platform practices at least Claim 1 by distributing data and/or data feeds via distribution network(s) in accordance with the PIM-SM standard.  Defendant's acts of practicing such methods, including the PIM-SM standard, constitute infringement under 35 U.S.C. §271 for which it is directly liable.

---

[1] *See, e.g.*, RFC 4601 at http://tools.ietf.org/html/rfc4601.

9. As a result of Defendant's infringement, Plaintiff has been damaged monetarily and is entitled to adequate compensation of no less than a reasonable royalty pursuant to 35 U.S.C. § 284.

## JURY DEMAND

Plaintiff requests a jury on all issues so triable.

## PRAYER

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment that Defendant has directly infringed, either literally or by equivalents, the '637 Patent;

B. Award Plaintiff damages for Defendant's infringement in an amount to be determined at trial, including enhanced damages, costs, and pre and post-judgment interest; and

C. Award any other relief deemed just and proper.

June 14, 2013

OF COUNSEL:

Paul V. Storm
Sarah M. Paxson
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201
(214) 999-3000
pvstorm@gardere.com
spaxson@gardere.com

BAYARD, P.A.

/s/ Stephen B. Brauerman (sb4952)
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Relay IP, Inc.*